| UNITED STATES BANKRUPTCY COURT<br>District of Colorado | VOLUNTARY PETITION |
|---|---|

| NAME OF DEBTOR (If individual, enter Last, First, Middle):<br><br>NexHorizon Communications, Inc. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle): |
|---|---|

| ALL OTHER NAMES used by the Debtor in the last 6 years<br>(Include married, maiden, and trade names):<br>Y-Tel International, Inc.;  Consolidated Picture Corp.<br><br>Wholly-owned Subsidiaries:<br><br>NexHorizon Broadband of Southern California, Inc. (formerly National City Cable, Inc.);<br><br>NexHorizon of Oklahoma, Inc.;  Satellite Networks, Inc.;<br><br>Y-Tell International, LLC;  Y-Tell International Panama, SA;<br><br>International Telekom, LLC<br><br>NexHorizon of Colorado, Inc. (Chapter 7 filed February 2010) | ALL OTHER NAMES used by the Joint Debtor in the last 6 years<br>(Include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 13-4151225 / 26-2065868 / 33-0397477 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and ZIP code):<br><br>9737 Wadsworth Parkway, Westminster, CO 80021 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and ZIP code): |
|---|---|

| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br><br>Jefferson County | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: |
|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address):<br><br>Same | MAILING ADDRESS OF JOINT DEBTOR (If different from street address): |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from address listed above):<br><br>581 "C" Street, Chula Vista, CA 91910 |
|---|

| INFORMATION REGARDING THE DEBTOR (Check the applicable boxes) |
|---|

VENUE (Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply) | | | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | | |
|---|---|---|---|---|---|---|
| ☐ Individual(s) | | ☐ Railroad | | ☐ Chapter 7 | x Chapter 11 | ☐ Chapter 13 |
| x Corporation | | ☐ Stockbroker | | | | |
| ☐ Partnership | | ☐ Commodity Broker | | ☐ Chapter 9 | ☐ Chapter 12 | ☐ Sec. 304 — Case Ancillary to Foreign Proceeding |
| ☐ Other: | | ☐ Clearing Banker | | | | |

| NATURE OF DEBTS (Check one box) | | FILING FEE (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | x Business | x  Full filing fee attached |

| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply) |
|---|
| X Debtor is a small business as defined in 11 U.S.C. § 101 |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) |

☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

| STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates only) | THIS SPACE FOR COURT USE ONLY |
|---|---|

x Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| ESTIMATED NUMBER OF CREDITORS | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | X | ☐ | ☐ |

| ESTIMATED ASSETS | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ |

| ESTIMATED DEBTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | x | ☐ | ☐ | ☐ |

| VOLUNTARY PETITION<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>NexHorizon Communication, Inc. |
|---|---|

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor:<br>None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## SIGNATURES

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>x_____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | (To be completed if debtor is required to file period reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition.<br><br>**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X_____<br>Signature of Attorney for Debtor(s)                    Date |

| **Signature of Attorney** | **Exhibit C** |
|---|---|
| x_____<br>Signature of Attorney for Debtor(s)<br>Printed Name of Attorney for Debtor(s)<br>James E. Pratt,<br>Firm Name<br>Law offices of James E. Pratt.<br>Address<br>195 Kildare Road Garden City, NY 11530<br>516 741-2978<br>Telephone Number<br>6/11/10<br>Date | Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made part of this petition.<br><br>x  No<br><br>**Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as identified in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petitioner Preparer<br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Authorized Individual<br>Calvin D. Smiley, Sr.<br>Printed Name of Authorized Individual<br>President / CEO<br>Title of Authorized Individual<br>6/11/10<br>Date | _____<br>Address<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>x_____<br>Signature of Bankruptcy Petitioner Preparer<br><br>_____<br>Date<br><br>A bankruptcy petitioner preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

| VOLUNTARY PETITION (This page must be completed and filed in every case) | Name of Debtor(s): Nullfiction Communications, Inc. |
|---|---|

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS** (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| Districts: | Relationship: | Judge: |

**SIGNATURES**

| (Signature(s) of Debtor(s) (Individual/Joint) | EXHIBIT A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapters, and choose to proceed under Chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition.<br><br>**EXHIBIT B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)   Date |
| X _~James B. Pratt~_ (signature)<br>Signature of Attorney for Debtor(s)<br>Printed Name of Attorney for Debtor(s)<br>James B. Pratt<br>Firm Name<br>Law Office of James B. Pratt<br>Address<br>104 Military Road, Garden City, NY 11530<br>516 341-6570<br>Telephone Number<br>6/11/10<br>Date | **EXHIBIT C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made part of this petition.<br><br>☒ No<br><br>**Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number (Required by 11 U.S.C. § 110(c))<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110, 18 U.S.C. § 156. |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _~signature~_<br>Signature of Authorized Individual<br>Printed Name of Authorized Individual<br>Chris B. Parker Jr.<br>Title of Authorized Individual<br>President / CEO<br>6/11/10<br>Date | |

No. B.O.F. 1. Rev. 12-03. VOLUNTARY PETITION (Page 3 of 3)

**Local Bankruptcy Form 1007-2.1**

[Caption as in Bankruptcy Official Form 16A]

## VERIFICATION OF CREDITOR ADDRESS MAILING MATRIX

2010 JUN 11  PM 4: 22

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

The above named debtor hereby verifies under penalty of perjury that the attached Creditor Address Mailing Matrix (list of creditors) is true and correct to the best of my knowledge.

Dated: 6/11/2010

By: _____
Signature of debtor

_____
Printed name of debtor

By: _____
Signature of joint-debtor

_____
Printed name of joint-debtor
Home address 9737 Ladsworth Pkwy Westminster 80021
Telephone number 303-404-9290
Facsimile number 303 404 9702
E-mail address CDSmiley@Nexhorizon.us

# 10-24682 EEB

## UNITED STATES BANKRUPTCY COURT

### District of Colorado

2010 JUN 11  PM 4: 21

IN RE NexHorizon Communications, Inc. and Subsidiaries

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Case No.  _____

**DEBTOR(S)**    Chapter 11

## LIST OF CREDITORS UNSECURED CLAIMS

The undersigned corporation and its subsidiaries, debtor, by its authorized representative hereby verifies that the creditor matrix / list of creditors submitted herein is true and correct by the best of his knowledge and belief.

NexHorizon Communications, Inc. and Subsidiaries

Date: 6/11/2010

By: _____
Calvin D. Smiley, Sr.
President and CEO

No. B.O.F. 4. Rev. 12-03.  LIST OF CREDITORS UNSECURED CLAIMS

NexHorizon Communications, Inc.
Case Number
Vendor Listing

10-24682 EEB

2010 JUN 11  PM 4: 22

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

ADP Investor Communication Services
PO Box 23487
Newark, NJ  07189

Agents and Corporations, Inc.
PO Box 511
Wilmington, DE  19899-0511

Andrews Kurth LLP
P.O. Box 201785
Houston, TX  77216-1785

Antill Law Firm, LLC
9737 Wadsworth Parkway
Westminster, CO  80021

Broadridge
PO Box 23487
Newark, NJ  07189

Business Wire, Inc.
Department 34182
PO Box 39000
San Francisco, CA  94139

County Clerk
9225 Clairemont Mesa Blvd.
San Diego, CA 92123

Confluent Technology Group
85 Confluent Dr.
Sikeston, MO 63801

Copy Machine Service, Inc.
6575 N Federal
Denver, CO  80221

Corbin & Company
555 Anton Blvdl, Suite 1000
Costa Mesa, CA  92626

Cordovano and Honeck LLP
88 Inverness Circle East
Building M-103
Englewood, CO  80112

DATABANK
2626 Cole Avenue, Suite 200
Dallas, TX  75204

Davis & Ceriani, P.C.
Market Center
1350 17th Street, Suite 400
Denver, CO 80202

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Ford Credit
PO Box 790093
St. Louis, MO  63179-0093


GlobeNewswire
Lockbox 40200
PO Box 8500
Philadelphia, PA  19178-0200


Granada Auto & Align
P.O. Box 86
306 W. Goff St.
Granada, CO 81041


Granada Stop to Shop
P.O. Box 165
105 E. Goff St.
Granada, CO 81041

Independent Brokerage and
Consulting
150 Du Rhu Dr., Suite 801
Mobile, AL  36608

Jones/NCTI, Inc.
9697 East Mineral Avenue
Centennial, CO  80112

Kaiser Permanente
Department 1697
Denver, CO  80271-1697

Michael A. Littman
7609 Ralston Road
Arvada, CO  80002

NC II
1788 Barber Rd.
Sarasota, FL 34240


Ochsner Properties, LLC
5440 Ward Road #110
Arvada, CO  80002

Do It Yourself Pest Control, Inc.
806 O'Neal Lane
Baton Rouge, LA  70816

Qwest
PO Box 29040
Phoenix, AZ  85038-9040


Scott Rankin

NexHorizon Communications, Inc.
Case Number
Vendor Listing


403 W. Laurel St.
Lamar, CO 81052


Law office-John Henry Schlie
2406 W, Davies Ave.
Littleton, CO  80120


Calvin Smiley
821 W. 126th Court
Westminster, CO  80234

Daniel Smith
9826 Jellison St.
Westminster, CO  80021

Joy Tatton
20462 E. Villanova Pl.
Aurora, CO 80013

Andrew I. Telsey, P.C.
12835 E. Arapahoe Road Tower One
Penthouse 803
Englewood, CO 80112

Top Notch Tree Service
2318 Shadow Ct.
Loveland, CO 80538

Ron VanDzura
6791 S. Newcombe Way
Littleton, CO  80127

Verizon Wireless
PO Box 9622
Mission Hills, CA  91346-9622

Tom Youngman
7700 Rollins Drive
Larkspur, CO  80118

180 Connect Network Svcs
PO Box 601394
Charlotte, NC  28260-1394

A&E Television Networks
Wachovia Bank
PO Box 18619
Newark, NJ  07191-8619

ABC Family
International Family Entertain
12298 Collection Center Drive
Chicago, IL  60693


Ability Answering
PO Box 2288

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Bakersfield, CA  93303-2288

ABS CBN International
Billing and Collections
150 Shoreline Dr
Redwood City, CA  94065

Carlene Aguirre
501 Anita St.   150
Chula Vista, CA  91911

American Internet Services
9305 Lightwave Ave.
San Diego, CA 92123


Leticia Alda
2138 East 8th Street
National City, CA  91950

Allied Waste Services
Allied Waste Services #509
PO Box 78829
Phoenix, AZ  85062-8829

Alfredo Arredondo
512 Woodlawn Ave. #O
Chula Vista, CA  91910

Associate Partners
PO Box 441
Alpharetta, GA  30009-0441

Billie Clark's Answering Service
2560 First Ave.,  Suite 205
San Diego, CA  92103


Chula Vista Blueprint Co.
26 Broadway
Chula Vista, CA  91910


Edward/Ruth Burgos
631 K St. #B
Chula Vista, CA  91910


Esther Butchard
359 Greenwood Pl
Chula Vista, CA  91910


California Corporate Services
3308 El Camino Ave., #300-609

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Sacramento, CA  95821

California Electric Supply
PO Box 50
San Diego, CA  92150 9079

Turner Network Sales, Inc.
PO Box 532450
Atlanta, GA  30353-2450


Michael Castro
418 Garden Place
Chula Vista, CA  91911

CDW
200 North Milwaukee Ave
Vernon Hills, IL  60061

David Ceven
285 Moss St.  #70
Chula Vista, CA  91911

CFI Properties
10951 Sorrento Valley Road
San Diego, CA  92121


City of Chula Vista
PO box 7549
Chula Vista, CA  91912

Chula Vista Blueprint Co.
26 Broadway
Chula Vista, CA  91910

Chula Vista - Sewer Division
Sewer Billing Division
PO Box 120755
Chula Vista, CA  91912-3855

Cinemax
PO Box 102416
68 Annex ** 42
Atlanta, GA  30368

CNBC
Bank of America
Lockbox 402315
Atlanta, GA 30384

Cox Communications
5159 Federal Blvd
San Diego, CA  92105

NexHorizon Communications, Inc.
Case Number
Vendor Listing


CSPAN
Box # 0218
Washington, DC  20055


Discovery Communications, Inc.
PO Box 79400
Baltimore, MD  21279-0400


Dish Network
Dept 0063
Palatine, IL  60055-0063


Disney Channel
ABC Cable Networks Group
2878 Collections Center Dr.
Chicago, IL  60693


E Street Communications, Inc.
96 Inverness Drive East
Suite G
Englewood, C0  80112


E! and Style Networks
P.O. Box 60229
Los Angeles, CA  90060-0229


Eclipse Marketing Services
35 Airport Rd.
Morristown, NJ  07960


Electro Rent Corp
Dept LA 22049
Pasadena, CA  91185-2049


ESPN
c/o Bank of America Lockbox Se
13067 Collections Center Dr.
Chicago, IL  60693


Ana Esquivel
632 E 24th St.  04
National City, CA  91950


Far East Communications, Inc.
925 Poinsettia Avenue, Suite 3

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Vista, CA  92081

Federal Express
PO Box 7221
Pasadena, CA  91109-7321


Food Network
P.O. Box 602018
Charlotte  USA

Fox News Network
Bank of America-FoxNewsNetwork
3600 Collection Center Dr.
Chicago, IL  60693

Fox Sports Net West
Los Angeles, CA  90074-5652

Lynell Frye
1723 E 5th St.
Chula Vista, CA  91911


Great Lakes Data Systems
306 Seippel Blvd
PO Box 295
Beaver Dam, WI  53916


GMA Pinoy
4 Chase Motrotech Center
Brooklyn, NY  11245


Jessie Gonzalez
501 Anita St. #22
Chula Vista, CA  91911

Margaret Harris
1448 E 8th St.  M
National City, CA  91950

Home Box Office
PO Box 102416
68 Annex **42
Atlanta, GA  30368


Home & Garden Television
P.O. Box 602028
Charlotte  USA

NexHorizon Communications, Inc.
Case Number
Vendor Listing


A&E Television Networks
Wachovia Bank
PO Box 18619
Newark, NJ  07191-8619

Gloria Buford
502 Parker Dr.
Oceanside, CA  92058

Integrated Broadband Systems, Inc.
200 Chastain Center Blvd.
Suite 200
Kennesaw, GA  30144

Vincent Jimenez
501 Anita St.   159
Chula Vista, CA  91911

Jorge Villasenor
1945 Skyline Dr
Lemon Grove, CA  91945


KBNT
c/o Univision Receivables
P.O. Box 216
Teaneck, NJ 07666

Midwest Television
7677 Engineer Rd
San Diego, CA  92111

KGTV
McGraw-Hill Broadcasting
PO Box 30580
Los Angeles, CA  90030-0580

Denise Lerner
1425 2nd Ave.  Sp. 322
Chula Vista, CA  91911

Lifetime TV - Affiliate
PO Box 7247-6603
Philadelphia, PA  19170-6603

Joanna Mack
2115 G Ave.  Apt. 5
National City, CA  91950

Matilda Martinez
431 J Ave.
National City, CA  91950

Melesa McDaniel
3805 Wewoka Ave
Louisville, KY

NexHorizon Communications, Inc.
Case Number
Vendor Listing

Daniela Mejia
6304 Rustic Drive
San Diego, CA  92139

Isabel Minor
207 Twin Oaks Ave.
Chula Vista, CA  91910

Monte Morrison
1236 Aruba Cove #2
Chula Vista, CA  91915

City of National City
Business License Division
1243 National City Blvd
National City, CA  91950

National City Chamber of
Commerce
901 National City Blvd
National City, CA  91950-
3203

National Geographic
File 56931
Los Angeles, CA  90074-6931

NC II
1788 Barber Rd.
Sarasota, FL  34240

Amelia Padilla
288 F St. Apt #109
Chula Vista, CA  91910

Judy Parker
501 Anita St. #60
Chula Vista, CA  91911

Pembrook Computer Supplies
2731 Via Orange Way
Spring Valley, CA  91978-1747

Playboy Entertainment Group, Inc.
2740 Paysphere Circle
Chicago, IL  60674

Qwest Communications Corporation
1801 California St, 24th floor
Denver, CO  80202

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Elsa Relyea
2843 Charleston Place
Chula Vista, CA  91914

Rob Smith
P.O. Box 580
Johnson, KS 67855

ROI Networking, LLC
1204 W Lakeland Dr
Austin, TX  78732

Salvador Romero
1817 Chamberlain Ave.
Carollton, TX  75007

Ryno Production, Inc.
216 Pleasant Drive
Aliquippa, PA  15001

Mamerto L Sablan
139 4th Ave.  01
Chula Vista, CA  91910

Kiyomi Sakuma
250 Bonita Glen Dr.  I-06
Chula Vista, CA  91910

San Diego Treasury
POBox 129009
San Diego, CA  92112

Carlos Sanchez
2125 Wisting House #127
Linda Vista, CA  91211

San Diego Gas & Electric Co
PO Box 25111
Santa Ana, CA  92799-5111

Showtime Networks Inc.
PO Box 13495
Newark, NJ  07188-0495

Signal Relay & Communications
2525 Southport Way
Suite J
National City, CA  91950

Mary Simmons
501 Anita St. #182
Chula Vista, CA  91911

Violeta Sison
1802 E 12th St. #J

NexHorizon Communications, Inc.
Case Number
Vendor Listing


National City, CA  91950

Skaja, Daniels, Lister & Permito, LLP
960 Canterbury Place, Suite100
Escondido, CA  92025

SMS Inc.
4529 E Broadway Rd., Ste. 100
Phoenix, AZ  85040

Soapnet
ABC Cable Networks, Inc.
2878 Collections Center Dr.
Chicago, IL  60693

Sparkletts
PO Box 660579
Dallas, TX  75266-0579

Spectrum
2796 Loker Avenue West
Suite 100
Carlsbad, CA  92010

Sprint
PO Box 4181
Carol Stream, IL  60197-4181

Vilma Sunga
1340 Hemlock Ave.  #16
Imperial Beach, CA  91932
Superior Satellite Engineers, Inc.
Superior Satellite Engineers, Inc.
1743 Middle Road
Columbia Falls, MT  59912

TelePacific Communications
MPower Communications
POBox 60767
Los Angeles, CA  90060-0767

Tiara Mailing Services
260 N. Main Street
Brighton, CO  80601

Times Fiber Communications, Inc.
4884 Collections Center Drive
Chicago, IL  60693

Discovery Commmunications
PO Box 79400
Baltimore, MD  21279-0400

Mathew Tomlinson
670 F Street, Apt. 1

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Chula Vista, CA  91910

Lizete Torres
1450 2nd Ave #131
Chula Vista, CA  91911

Tower Distribution Company
Re: WGN Superstation Program
5980 Collection Center Dr.
Chicago, IL  60693

Travel Media, Inc.
PO Box 79903
Baltimore, MD  21279-0903

Rosemary Troncoso
272 Fig Ave.
Chula Vista, CA  91910

Sharon Turner
244 Palamar St.
Chula Vista, CA  91910

TV Guide Networks Inc.
Lock Box  #9026
PO Box 8500
Philadelphia, PA  19178-9026

Underground Service Alert of SoCal
PO Box 77070
Corona, CA  92877-0102

United Rentals
501 C Street
Chula Vista, CA  91910
Jeff Vaglio
13058 Cree Drive
Poway, CA  92064

Francisco Vazquez
139 4th Ave.  06
Chula Vista, CA  91910

Javier Villasana
320 J Ave.  70
National City, CA  91950

Bonnie Walton
341 E. Naples St.
Chula Vista, CA  91911

Watchlight Corporation
111 S. Marshall Ave.
El Cajon, CA  92020-4251

NexHorizon Communications, Inc.
Case Number
Vendor Listing


The Weather Channel
PO Box 101580
Atlanta, GA  30392-1580

Tracie Wong
72 Sandalwood Dr, N-16
Chula Vista, CA  91910

Christian Zwiegel
575 E Street, Apt. 04
Chula Vista, CA  91910

Andrews & Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX  75201

Arias, Aleman & Mora
Apartado P.O. Box 8799
Panama 5  Panama

Au24, Inc.
8780 SW 57th Street
Cooper City, FL  33328

Jon McMurray
24276 Blake Lane
Montrose, AL  36559 USA

NexTone
101 Orchard Ridge Dr.
Suite 300
Gaithersburg, MD  20878

Stone, Rosenblatt & Cha
21550 Oxnard Street
SuiteWoodland Hills, CA  91367 200

Steve Lipman
15325 Magnolia Blvd
Sherman Oaks, CA  91403

Wells Fargo
Payment Remittance Center
P.O. Box 6426
Carol Stream, IL  60197-6426

James Barrios
255 N Kentucky Avenue
Suite 201
Lakeland, FL  33801

Cybage Software Pvt. Ltd.
West Avenue, Kalyani Nagar
Pune-411006

NexHorizon Communications, Inc.
Case Number
Vendor Listing


Mossel Jamaica LTD
RKA Building
10-16 Grenada Way
Kingston 5  Jamaica


iBasis
20 Second Avenue
Burlington, MA  01803


iNode Corp
340 W Fifth Avenue
Eugene, OR  97401

KWK Services, Inc
109 E. 17th Street.
Suite 31
Cheyenne, WY  82001
Lakeland, FL  33811


NAP of Americas
P.O. Box 440458
Miami, FL  33144


Paramount Investments LTD
PO Box 152770
Arlington, TX 76015


Paychex
P.O. Box 278290
Miramar, FL  33027 USA


Progress Teleco
P.O. Box 101534
Atlanta, GA  30392-1534m


SNET DG, Inc.
P.O. Box 1596
Saginaw, MI  48605-1596


Telecom Compliance
1720 Windward Concourse
Suite 250
Alpharetta, GA  30005 USA


Teleglobe America, Inc
12010 Sunset Hills Road
Reston, VA  20190

NexHorizon Communications, Inc.
Case Number
Vendor Listing

TIBA SA
Olga Cossenttini 731 4th Floor
Capital Federal 1107BVA Argentina

XO Communications
P.O. Box 530471
Atlanta, GA  30353-0471

HL Yoh Company, LLC
Dept AT 40151
Atlanta, GA  31192-0151

Barbara Altbaum
396 E Street
Chula Vista, CA 91910

Patricia Brooks
710 Vinca Court
Alpharetta, GA 30005

Ronald Feldman
9507 Chopplin Road
San Antonio, TX 78132

Douglas J. Guion
PO Box 3640
Winter Park, CO 80482-3640

Clarence & Ann Horton
5100 John D. Ryan Blvd.,
Apt. 1401
San Antonio, TX

Journey's End
6547 N. Academy Blvd.
#612
Colorado Springs, CO
80918

Terri Landrum
5199 Panola Mill Dr.
Lithonia, GA 30038

Gregory J. Liptak
5676 Indian Paint Run
Littleton, CO 80125

Jeffrey Moreland
123 Foxtail Drive
Pittsburgh, PA 15239

Ernie Villicana
17204 Vendor Place
Poway, CA 92064

NexHorizon Communications, Inc.
Case Number
Vendor Listing