NOTICE OF ENTRY OF APPEARANCE

# United States Bankruptcy Court

District Of Colorado (Denver)

| | |
|---|---|
| In re:<br>NexHorizon Communications, Inc.,<br>aka NexHorizon of Colorado, Inc,<br>aka Y-Tel International, Inc,<br>aka Y-Rell International Panama, SA,<br>aka Consolidated Picture Corp,<br>aka Satellite Networks, Inc,<br>aka NexHorizon Broadband of Southern California, Inc (formerly National City Cable, Inc.),<br>aka International Telekom, LLC,<br>aka Y0-Tell International, LLC,<br>aka NexHorizon of Oklahoma, Inc,<br><br>       Debtor. | )<br>)<br>) Case No.   10-24682-EEB<br>)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE BY ATTORNEY FOR DEBTOR**

  IT IS HEREBY SUBMITTED TO THIS COURT that the undersigned attorney ("Attorney") is entering a Notice of Appearance for the Debtor in the instant Bankruptcy filing under L.B.R. 9010-1(e):

  Renee M. Parker
  PO Box 461539
  Escondido, CA 92046-1539
  (760) 975-8004 phone
  bknotice@earthlink.net

  In support of this appearance, Attorney is duly qualified and admitted to practice before this Court, with a date of admission of June 23, 2010 and has read the Local Rules in accordance thereof. Attorney has also obtained electronic filing capabilities in accordance with Local Rules and agrees to accept all copies of notices, orders, and other documents to which the Debtor is entitled thereby.

  Attorney is an experienced bankruptcy attorney currently practicing in four (4) California Districts, the District of Colorado, and is in process of obtaining admission to the Eastern and Western Districts of Washington State.

Attorney is currently licensed as an attorney in Washington State and California. Attorney was admitted to the Washington Bar in November, 2005 under Bar Number 36995. Admission to the California Bar occurred June, 2008 under Bar Number 256851. Attorney is licensed in good standing with all Bars and Districts. No disciplinary actions or proceedings have ever been commenced against Attorney or against any Errors and Omissions Policy held by Attorney.

Attorney has filed several hundred Creditor motions and Voluntary Debtor bankruptcies, and has appeared on behalf of both herself and other attorneys in nearly an estimated one-thousand hearings in the aforementioned Districts.

Attorney will be working with co-counsel James E. Pratt, who possesses superior credentials, has consistently practiced both Debtor and Creditor bankruptcy law, has been admitted to the New York Bar since 1960, and is practicing in good standing. Mr. Pratt has experienced sudden and serious health issues that caused delay in his ability to obtain admission pro hac vice, but this admission will be obtained timely.

L.B.R. 9010-1(a)(3) states that the Bankruptcy Court may impose additional requirements for practice before this court, including a requirement for out-of-state counsel to retain local counsel qualified to practice before this Court. Attorney respectfully requests this Court to waive any requirement to retain local counsel for the following reasons:

1. The Debtor intends to conduct a substantial amount of business in the San Diego, California region. Attorney has an office in San Diego County, and will be responsive to all of the Debtor's needs and requirements in this bankruptcy proceeding;
2. Attorney will appear before this court either in person or telephonically as required;
3. Requiring the Debtor to obtain additional local counsel has been a financial burden, as most local law firms willing to undertake this responsibility are demanding payment in excess of $25,000 as a retainer, and propose to charge Debtor at or above top market rates not inclusive of additional fees and costs;
4. Attorney will be working without retainer and will only charge the Debtor an hourly rate of $225 plus fees and costs, which is significantly below market value;
5. Waiver of the requirement for local counsel will allow more money for the Debtor-in Possession to pay to creditors of the bankruptcy estate under the terms of Debtor's agreement with Attorney.

Attorney respectfully requests this Court to recognize Attorney as Counsel for the Debtor without additional requirement. In the event this Court does impose a requirement for employment of local counsel having a physical presence within the State of Colorado, the Debtor requests this Court to grant an additional two weeks to allow the Debtor to locate suitable counsel at a reasonable cost.

SUBMITTED this day:
June 30, 2010                               By:   /s/ Renee M. Parker
                                                  Renee M. Parker, Esq.
                                                  *Counsel to NexHorizon Communications, Inc, Debtor*
                                                  Attorney Registration No.: WA 36995, CA 256851
                                                  PO Box 461539
                                                  Escondido, CA 92046-1539
                                                  (760) 975-8004 phone
                                                  renee_parker@earthlink.net, bknotice@earthlink.net