# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Bankruptcy Case No. 10-24682-EEB |
| ) | |
| NEXHORIZON COMMUNICATIONS, ) | Chapter 11 |
| INC., aka Y-TEL INTERNATIONAL, ) | |
| INC., aka Y-TELL INTERNATIONAL, ) | |
| PANAMA, SA, aka CONSOLIDATED ) | |
| PICTURE CORP., aka NEXHORIZON OF ) | |
| COLORADO, INC., aka SATELLITE ) | |
| NETWORKS, INC., aka NEXHORIZON ) | |
| OF OKLAHOMA, INC., aka ) | |
| NEXHORIZON BROADBAND OF ) | |
| SOUTHERN CALIFORNIA, INC. ) | |
| (formerly National City Cable, Inc.), aka ) | |
| INTERNATIONAL TELEKOM, LLC, aka ) | |
| Y-TELL INTERNATIONAL, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION TO CONVERT AND/OR DISMISS CHAPTER 11 CASE

City of Chula Vista, State of California (hereinafter "CV") pursuant to 11 U.S.C. § 1112(b), moves to dismiss or convert the above captioned case to one under Chapter 7, Title 11 U.S. Code on the following grounds:

1. The Debtor, NexHorizon Communications, Inc. ("NexHorizon") filed and had dismissed its initial Chapter 11 petition on June 9, 2010, and refiled again on June 11, 2010.

2. According to the NexHorizon Statement of Affairs and Schedules, the Debtor has no real property assets (Schedule A, Docket No. 19), personal property valued at $82,746 (Schedule B, Docket No. 54), alleged secured debt of $3,310,387.00 with no known collateral value (Schedule D, Docket No. 54), unsecured debt of $4,533,845 (Schedule F, Docket No. 54) and priority debt of $131,383.00.

1

3. The Debtor's July, 2010 operating report shows a net cash flow loss for its first full month post-petition of $25,336.00. Docket No. 73.

4. CV is uncertain of the nature and extent of any insurance maintained by NexHorizon.

5. According to representations made to the Bankruptcy Court at the status conference held July 20, 2010:

    a. NexHorizon is a small cable company 10:4-5;[1]

    b. Has limited access to any kind to "cash investment" 10:7-8

    c. States: "Nobody is interested in them" 10:8-9; and,

    d. All its operations are in California 10:8-9.

6. NexHorizon represented to the Court that its operations are "concentrated in Chula Vista, California." 10:14-17.

7. It is CV's position that it terminated its franchise with NexHorizon following notice and hearing, pre-petition. Declaration of Bart Miesfeld, City Attorney, City of Chula Vista.

8. NexHorizon admits that if its assets "were to be sold they're about worthless, nobody wants them." 11:2-3

9. Its only apparent assets appear to be a subscriber base valued at $6,000 per customer which value does not even approach the amount it admittedly owes its secured creditor which is in excess of $3,300,000. 12:9-18.

---

[1] Reference to Transcript of Hearing July 20, 2010, Courtroom F, 10:36 a.m. Docket No. 64.

107051/000003/1245643.01

3

10. The Debtor has, since filing, used the cash collateral without the consent of the secured creditor or court order. Objection of Shelter Island Opportunity Fund to Debtor's Motion For Authority to Use Cash Collateral dated August 27, 2010, Docket No. 78.

11. The Debtor represented to the Court that its perceived plan is tied to the expertise of its management. 14:5-10.

12. NexHorizon's competition is from the two largest cable/internet providers in California - AT&T and Cox Cable - with whom the Debtor has been unable to compete.

13. On July 20, 2010, the Debtor represented to the Court that it had an investor ready, willing and able to provide funding for a reorganization plan but provides no support for its claim. 17:25-18:15.

14. NexHorizon has no Chula Vista cable operation to sell, assign or transfer because it was terminated pre-petition and, even if the CV/NexHorizon Franchise Agreement could be resurrected, it has not been demonstrated that there is a reasonable possibility any investor exists ready to fund a plan which has over $7,000,000 in debt with little or no assets to speak of.

15. NexHorizon does not suffer from financial distress for which Chapter 11 is designed. NexHorizon is in economic distress under a business model that failed.

16. Its companion entity, NexHorizon of Colorado is admittedly in Chapter 7 in front of Judge Tallman. 24:13-25:11.

107051/000003/1245643.01

4

WHEREFORE, CV prays the Court enter its order converting the above captioned case to one under Chapter 7 or dismissing it with prejudice.

               Respectfully submitted,

DATED:  September 9, 2010    PROCOPIO, CORY, HARGREAVES &
                 SAVITCH LLP


              By:  /s/ Philip J. Giacinti, Jr.
                Philip J. Giacinti, Jr. (CO Bar No. 023866)
                525 B Street, Suite 2200
                San Diego, CA  92101
                Telephone: (619) 238-1900
                Facsimile: (619) 235-0398
                e-mail:  phil.giacinti@procopio.com

                Attorneys for City of Chula Vista, State of California