# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Bankruptcy Case No. 10-24682-EEB |
| ) | |
| NEXHORIZON COMMUNICATIONS, ) | Chapter 11 |
| INC., et al., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| CITY OF CHULA VISTA, STATE OF ) | |
| CALIFORNIA, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| NEXHORIZON COMMUNICATIONS, ) | |
| INC. ) | |
| Respondent. ) | |
| ) | |

## TRIAL BRIEF OF CITY OF CHULA VISTA AND RULE 9070-1 COMPLIANCE

Moving Party, City of Chula Vista ("CV") respectfully submits the following trial brief for the April 14 and 15, 2011 evidentiary hearing on the CV motions for: (1) relief from stay; and (2) to convert/dismiss case:

### I.

### INTRODUCTION

On September 7, 2010, CV filed its motion for relief from stay and on or about September 9, 2010 its motion to convert or dismiss case. Docket Nos. 81 and 86, respectively. The Debtor, NexHorizon Communications, Inc. ("NexHorizon") alone filed its opposition to both motions. Docket Nos. 103 and 104. Preliminary hearing on the stay relief motion and hearing on the conversion/dismissal motion were set for the same date and time October 21, 2010. CV waiving its rights under Bankruptcy Code § 362(e).

1

2

By stipulation of CV and NexHorizon, hearing on both motions were continued from time to time until set for final evidentiary hearing for both motions on April 14 and 15, 2011.

## II.

## PLEADINGS AND BRIEFS FOR BOTH MOTIONS

1. CV Motion to Modify Automatic Stay. Docket No. 81.

2. Motion to Convert and/or Dismiss Chapter 11 Case. Docket No. 86.

3. Memorandum of Points and Authorities in support of Motion to Convert and/or Dismiss. Docket No. 86.

4. Affidavit of Bart Miesfeld in Support of Motion to Convert and/or Dismiss. Docket No. 86.

5. Affidavit of Francisco X. Rivera in Support of Motion to Convert and/or Dismiss. Docket No. 86.

6. Objection of Debtor to Motion to Modify the Automatic Stay. Docket No. 103.

7. Objection of Debtor to Motion to Convert and/or Dismiss Chapter 11 Case. Docket No. 104.

8. Reply to Debtor's Objection to Motion to Modify the Automatic Stay. Docket No. 105.

9. Transcript of Chapter 11 Scheduling Conference of July 20, 2010. Docket No. 64.

### III.

### CV MOTION FOR STAY RELIEF

CV seeks stay relief for both cause [Sec. 362(d)(1)] and that the Debtor has no equity in the cable franchise agreement with the CV and it is not necessary for reorganization.

**A. For Cause.**

The non-exclusive franchise agreement for cable systems operation assigned to the Debtor, NexHorizon June 2, 2008 ("FA") terminated by its own terms and/or was terminated pre-petition at a quasi-judicial hearing before the Chula Vista City Counsel on November 17, 2009.

**B. No Equity And Not Necessary For An Effective Reorganization**

The Debtor has no interest in the FA. The FA has no value to the Debtor's Estate and no reorganization is in progress.

### IV.

### CV MOTION TO CONVERT/DISMISS

Under 11 U.S.C. § 1112(b)(1) dismissal or conversion for "cause" exists. Cause for conversion and/or dismissal is shown as a result of:

1. Continuing loss and diminution of the Estate;

2. Unauthorized use of Estate assets, including apparent cash collateral;

3. Gross mismanagement and failure to follow the requirements of the Code or Bankruptcy Rules or Trustee Guidelines in the operation of the Debtor-in-Possession Estate.

107051/000003/1333434.01

## V.

## **CV WITNESSES**

1. Calvin Smiley as an adverse witness and under Federal Rule of Bankruptcy Procedure 7032(a)(3). Mr. Smiley's testimony will cover pre-petition termination proceedings, defaults under the FA, failure to comply with the Bankruptcy Code and Trustee Guidelines.

2. Daniel Smith as an adverse witness and under Federal Rule of Bankruptcy Procedure 7032(a)(3). Mr. Smith is the Chief Financial Officer of NexHorizon. His testimony will cover mismanagement, filing false operating reports, the failure to obtain court approval for post-petition financing, lack of the Debtor's interest in the FA, continuing losses to the Debtor.

3. Mr. Michael Meecham. Director of Development, City of Chula Vista. Terms of FA; termination of the FA; NexHorizon failure to comply with FA; Assignment of FA; City, State and Federal requirements of FA; damages ordinary course of business requirements for creation and adoption of FA.

4. Francisco X. Rivera. Senior City Engineer, City of Chula Vista. NexHorizon failure to comply with terms of FA; effect on City and obligation of City to its constituents; ramifications of NexHorizon failure to comply with the Joint Trenching Agreement ("JTA") and costs and effects to City of Debtor's breach of FA.

5. Bart Miesfeld. City Attorney, City of Chula Vista. FA terms and obligation; termination and termination proceedings; breaches of FA by NexHorizon; ordinary course of business requirements for creditor and adoption of FA.

## VI.

## **CV EXHIBITS**

1. NexHorizon Statement of Affairs and Schedules dated June 25, 2010;

2. Agreement for Assignment dated May 8, 2008;

3. City of Chula Vista Resolution 2008-128;

4. Franchise Agreement dated September 15, 1987;

5. City of Chula Vista Resolution 2002-020 dated January 22, 2002;

6. Joint Trench Offer dated November 3, 2006;

7. City of Chula Vista Resolution 2007-116 dated May 22, 2007;

8. Violation Notice and Notice of Termination Proceedings dated August 19, 2009;

9. Michael Meecham Email/Notice dated November 9, 2009 with Calvin Smiley Response;

10. Michael Meecham Email to Calvin Smiley dated November 10, 2009;

11. Michael Meecham Email to Calvin Smiley dated November 12, 2009;

12. Michael Meecham Letter to shut down operations to Calvin Smiley dated January 15, 2010;

13. Calvin Smiley acknowledgment of receipt of termination letter dated January 19, 2010;

14. NexHorizon February 2011 Operating Report. Docket No. 175;

15. Transcript of Status Conference dated July 20, 2010. Docket No. 64;

16. Documents necessary for impeachment and/or to refresh recollection of witnesses.

107051/000003/1333434.01

All exhibits are marked accordingly and have been provided to Debtor's counsel at the depositions of both Mr. Smiley and Mr. Smith.

                                              Respectfully submitted,

DATED: April 8, 2011                    PROCOPIO, CORY, HARGREAVES &
                                                        SAVITCH LLP

                                            By: /s/ Philip J. Giacinti, Jr.
                                                   Philip J. Giacinti, Jr. (CO Bar No. 023866)
                                                   525 B Street, Suite 2200
                                                 San Diego, CA 92101
                                                 Telephone: (619) 238-1900
                                                 Facsimile: (619) 235-0398
                                                 e-mail: phil.giacinti@procopio.com

                                                 Attorneys for City of Chula Vista, State of
                                                 California

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___8th___ day of April, 2011, a true and correct copy of the following documents:

**TRIAL BRIEF OF CITY OF CHULA VISTA AND RULE 9070-1 COMPLIANCE**

was served via U.S. Mail, postage prepaid, on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed. R. Bankr. P. and Local Bankruptcy Rules at the following addresses:

Paul Moss
Office of the U.S. Trustee
999-18th St., Ste. 1551
Denver, CO 80202

***VIA OVERNIGHT MAIL***:

Aaron A Garber
303 E. 17th Ave., Ste. 500
Denver, CO 80203

                                                /s/ Christine A. Waltman
                                                Christine A. Waltman