B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Colorado

In re __NexHorizon Communications, Inc.__            Case No. __10-24682-EEB__

Debtor(s)          Chapter __11__

# STATEMENT OF FINANCIAL AFFAIRS - THIRD AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT           SOURCE

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 YTD: Money transferred to Debtor from wholly-owned subsidiaries to make payments on obligations of Debtor |
| $55,338.14 | 2010: Money transferred to Debtor from wholly-owned subsidiaries to make payments on obligations of Debtor |

2

| AMOUNT | SOURCE |
|---|---|
| **$158,918.34** | **2009: Money transferred to Debtor from wholly-owned subsidiaries to make payments on obligations of Debtor** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Calvin D. Smiley, Sr.** **President & CEO** | **4/22/10** | **$4,500.00** | **$15,768.73** |
| **Daniel Smith** **CFO** | **4/22/10** | **$4,500.00** | **$12,802.70** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Andrew I Telsey, PC v Sunrise Broadband Group, Inc. and NexHorizon Communications, Inc., Case Number: 2008CV1294** | **Civil, collection action for legal fees** | **District Court, Arapahoe County, Colorado** **7325 South Potomac Street** **Centennial, Colorado 80112** | **Pending, stayed by Bankruptcy proceeding** |
| **Ronald Feldman v NexHorizon Communications, Inc fka Y-Tel International, LLC, Case Number: 2009CV12** | **Civil, collection action for unecured loan** | **District Court, County of Broomfield, Colorado** **17 Descombes Drive** **Broomfield, CO 80020** | **Pending, stayed by Bankruptcy proceeding** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Satellite Management Systems (SMS) v NexHorizon Communications Inc fka Y-Tel International, LLC, Case Number: CV2010-010051** | Civil, collection of balance owed under contract | **Superior Court, County of Maricopa, Arizona** **3530 East Indian School Road, Suite 7 Phoenix, AZ 85018** | Pending, stayed by Bankruptcy proceeding |
| **Paradigm Investments, LLC v NexHorizon Communications Inc fka Y-Tel International, LLC, Case Number: 09cv5338** | Civil, collection action for unsecured note | **District Court, County of Jefferson, Colorado** **100 Jefferson County Pkwy Golden, CO 80401** | Dismissed without prejudice |
| **City of Chula Vista v NexHorizon Communications, Inc., Case Number: 37201000083634CUBCCTL** | Civil, complaint and cross-complaint filed | **Superior Court of California, County of San Diego** | Agreement reached in mediation, pending signature |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Security Deposit, $900.00 paid to SECOM (Southeast Colorado Power Association)** | **Security deposit was part of the Bankruptcy estate for NexHorizon of Colorado, Inc. 09-12193-HRT and is no longer an asset to this estate** | **2/17/10** |

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **US Bankruptcy Court-District of Colorado 721 19th Street Denver, CO 80202-2508** | **5/10/10** | **$1,039.00 for filing fees** |
| **US Bankruptcy Court-District of Colorado 721 19th Street Denver, CO 80202-2508** | **6/11/10** | **$1,039.00 for filing fees** |
| **James E Pratt, Esq. 195 Kildare Rd Garden City, NY 11530** | **5/10/10** | **$5,000.00 retainer for bankruptcy services on 10-21400 filed 5/10/10 and dismissed 6/9/10** |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH 45201** | **Corporate checking account (7567), $0.00 in account at time of closing which was transferred to the currently open DIP** | **5/10/10** |
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH 45201** | **Corporate checking account (3567), $227.73 in account at time of closing, closed to open DIP account using proceeds** | **6/11/10** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9737 Wadsworth Pkwy, Westminster, CO 80021** | **NexHorizon Communications, Inc.** | **Moved out 8/31/10 (post petition)** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| NexHorizon of Colorado, Inc | 20-4580113 | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Cable/internet/VoIP services; company currently in Chapter 7 bankruptcy | 3/2006 - 3/2010 |
| NexHorizon Broadband of Southern CA, Inc | 33-0397477 | 581 C Street Chula Vista, CA 91910-1406 | FKA National City Cable, Inc; Cable/internet/VoIP provider. Company formed 3/1989, acquired by Debtor 1/2008. | 3/1989 - Current |
| NexHorizon of Oklahoma, Inc | None | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Company formed to acquire cable entity but transaction was never completed, company never transacted business on its own | None |
| Satellite Networks, Inc. | None | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Programming contract holder | 01/2009 - Current |
| Y-Tel International, Inc | 13-4151225 | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Cable provider; company was predecessor to Debtor. FKA Consolidated Picture Corp. before reincorporation to Y-Tel International, Inc. | Reincorporated as Debtor company 01/2007 |
| Y-Tel International Panama, SA | None | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Dormant company subsidiary acquired with acquisition of Y-Tel International, Inc., never transacted business under Debtor's control. | None |
| Y-Tel International, LLC | None | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Dormant company subsidiary acquired with acquisition of Y-Tel International, Inc., never transacted business under Debtor's control. | None |
| International Telekom, LLC | None | 9737 Wadsworth Pkwy PO Box 7208 Westminster, CO 80021 | Dormant company subsidiary acquired with acquisition of Y-Tel International, Inc., never transacted business under Debtor's control. | None |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ronald VanDzura**<br>**9737 Wadsworth Parkway**<br>**PO Box 7208**<br>**Westminster, CO 80021** | **Within two years prior to filing** |
| **Daniel Smith**<br>**9737 Wadsworth Parkway**<br>**PO Box 7208**<br>**Westminster, CO 80021** | **Within two years prior to filing** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Corbin & Company** | **555 Anton Blvd., Suite 1000**<br>**Costa Mesa, CA 92626** | **10/28/04 - 1/20/09** |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

9

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Calvin D. Smiley, Sr<br>9737 Wadsworth Parkway<br>PO Box 7208<br>Westminster, CO 80021 | President and CEO | Common Stock, 6.2%, Preferred Stock Class C 52.9% |
| Daniel Smith<br>9737 Wadsworth Parkway<br>PO Box 7208<br>Westminster, CO 80021 | CFO | Common Stock, 5.1%, Preferred Stock Class C 47.1% |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Mickey Stevenson<br>9737 Wadsworth Parkway<br>PO Box 7208<br>Westminster, CO 80021 | Director | 6/29/10 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __April  8, 2011_____          Signature   __/s/ Calvin D. Smiley, Sr._____
                                                                                       Calvin D. Smiley, Sr.
                                                                                       President & CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **NexHorizon Communications, Inc.**

Debtor

Case No. **10-24682-EEB**

Chapter **11**

# SUMMARY OF SCHEDULES - THIRD AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,045,391.14 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,891,400.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 5,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 3,248,780.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 3,045,391.14 | | |
| Total Liabilities | | | | 5,145,980.60 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **NexHorizon Communications, Inc.**                                          ,    Case No.    **10-24682-EEB**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - THIRD AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account (7322), DIP Corporate Account, US Bank N.A.** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent deposit for offices space located at 9737 Wadsworth Parkway, Westminster CO 80021. Paid to: Ochsner Properties LLC, 5440 Ward Rd. #110, Arvada, CO 80002. NOTE: office space was vacated and possession was returned to owner on 8/31/10, amount to be returned from the deposit is unknown at this time.** | - | 1,650.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **1,650.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **NexHorizon Communications, Inc.**
_____,   Case No. __**10-24682-EEB**__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - THIRD AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **NexHorizon Broadband of Southern California, Inc FKA National City Cable, Inc.; Debtor owns 100% of shares. Location: 581 C Street, Chula Vista, CA 91910** | - | Unknown |
| | | **NexHorizon of Colorado, Inc, company currently in Chapter 7 Bankruptcy, District of Colorado 09-12193-HRT. Debtor owns 100% of shares. Location: PO Box 7208, Westminster CO 80021-7208** | - | 0.00 |
| | | **NexHorizon of Oklahoma, Inc, Debtor owns 100% of shares. Location: PO Box 7208, Westminster CO 80021-7208** | - | 0.00 |
| | | **Satellite Networks, Inc, Debtor owns 100% of shares. Location: PO Box 7208, Westminster CO 80021-7208** | - | Unknown |
| | | **Y-Tel International Panama, SA,; Debtor owns 100% of shares. Location: PO Box 7208, Westminster CO 80021-7208. Company is no longer in operation and was never operated by Debtor.** | - | 0.00 |
| | | **Y-Tel International, LLC, Debtor owns 100% of membership shares. Location: PO Box 7208, Westminster CO 80021-7208. Company is no longer in operation and was never operated by Debtor.** | - | 0.00 |
| | | **International Telekom, LLC, Debtor owns 100% of membership shares. Location: PO Box 7208, Westminster CO 80021-7208. Company is no longer in operation and was never operated by Debtor.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | Sub-Total >  (Total of this page) | 0.00 |

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **NexHorizon Communications, Inc.**                                      ,   Case No.   **10-24682-EEB**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - THIRD AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Cable Television Service Franchise, City of Chula Vista, CA. NOTE: the franchise agreement is wholly owned by Debtor's subsidiary, NexHorizon Broadband of Southern California. It is listed here for disclosure purposes because the Debtor is jointly involved in pending litigation with the City.** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **NexHorizon Communications, Inc.**                                          Case No.    **10-24682-EEB**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - THIRD AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford E150, mileage: 80,385, vehicle has been used in trade and is in very poor condition.** Location: 581 C Street in Chula Vista, CA | - | 4,400.00 |
| | | **2006 Ford E250, mileage: 125,960, vehicle has been used in trade and is only in fair condition.** Location: 581 C Street in Chula Vista, CA | - | 3,325.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **5 Acer computers, 5 flat screen monitors, 2 Toshiba laptops and 2 printers all approximately 2.5 years old. NOTE: Debtor only signed note for these items, ownership of the actual equipment was transferred to subsidiaries at time of purchase and is depreciated on the tax returns of those subsidiaries.** | - | 3,600.00 |
| | | **2 Toshiba laptops and 1 no name work station and 3 printers all 5+ years old** | - | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Portion of cable TV system existing in Chula Vista containing the following: 550 MHz overhead coax, 550 MHz underground coax, 750 MHz underground coax, and processing center.** | - | 3,032,016.14 |

|  | Sub-Total >  (Total of this page) | 3,043,741.14 |
|---|---|---|
|  | Total > | 3,045,391.14 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   __NexHorizon Communications, Inc._____,   Case No.   __10-24682-EEB__

_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - THIRD AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J | C | | | | | | |
| Account No. **xxx x33 90** <br><br> **Ford Motor Credit Company, LLC** <br> **One American Road** <br> **Dearborn, MI 48126** | | | - | | March, 2007 <br><br> **Purchase Money Security** <br><br> **2007 Ford E150, mileage: 80,385, vehicle has been used in trade and is in very poor condition. Location: 581 C Street in Chula Vista, CA** | | | | | |
| | | | | | Value $                     **4,400.00** | | | | **15,407.00** | **11,007.00** |
| Account No. **xxx x46 10** <br><br> **Ford Motor Credit Company, LLC** <br> **One American Road** <br> **Dearborn, MI 48126** | | | - | | March, 2007 <br><br> **Purchase Money Security** <br><br> **2006 Ford E250, mileage: 125,960, vehicle has been used in trade and is only in fair  condition. Location: 581 C Street in Chula Vista, CA** | | | | | |
| | | | | | Value $                     **3,325.00** | | | | **13,227.00** | **9,902.00** |
| Account No. <br><br> **Shelter Island Opp'ty Fund, LLC** <br> **c/o Ram Capital Resources, LLC** <br> **One East 52nd Street, 6th Floor** <br> **New York, NY 10022** | | | - | | **Debenture, first lien as to Debtor.** <br><br> **Put and Call option not included because it is not exercised.** | | | | | |
| | | | | | Value $                 **Unknown** | | | | **1,862,766.00** | **Unknown** |
| Account No. <br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal <br> (Total of this page) | **1,891,400.00** | **20,909.00** |
| | Total <br> (Report on Summary of Schedules) | **1,891,400.00** | **20,909.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re **NexHorizon Communications, Inc.**     Case No. **10-24682-EEB**
_____
                                Debtor

# THIRD AMENDED
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **NexHorizon Communications, Inc.**                                          ,    Case No.    **10-24682-EEB**
                                                          Debtor

## THIRD AMENDED
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Corporation taxes for 2008-2010 | | | | | | |
| **Delaware Division of Revenue Bankruptcy Administr, 8th Fl 820 N. French St Wilmington, DE 19801** | - | | | | | | | | **Unknown** |
| | | | | | | | **5,800.00** | | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **5,800.00** | **0.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **5,800.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **NexHorizon Communications, Inc.** _____,   Case No. ____**10-24682-EEB**____
                                                     Debtor

# THIRD AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Unsecured Debt | | | | |
| **ADP Investor Comm. Svcs** **PO Box 23487** **Newark, NJ 07189** | - | | | | | | | | 285.78 |
| Account No. | | | | | Unsecured Debt | | | | |
| **Agents and Corporations, Inc.** **PO Box 511** **Wilmington, DE 19899-0511** | - | | | | | | | | 90.00 |
| Account No. | | | | | Legal Fees, unsecured debt | | | X | |
| **Andrew I. Telsey, PC** **12835 E Araphoe Rd, Tower One** **Penthouse 803** **Englewood, CO 80112** | - | | | | | | | | Unknown |
| Account No. | | | | | Legal fees, unsecured debt | | | | |
| **Andrews & Kurth LLP** **1717 Main Street** **Suite 3700** **Dallas, TX 75201** | - | | | | | | | | 6,235.26 |
| __9__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 6,611.04 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

S/N:41395-110406   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **NexHorizon Communications, Inc.**                                    Case No.  **10-24682-EEB**
_____,
                                    Debtor

# THIRD AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Professional services, unsecured debt | | | | |
| Antill Law Firm, LLC 9737 Wadsworth Parkway Westminster, CO 80021 | | - | | | | | | |
| | | | | | | | | 9,782.12 |
| Account No. | | | | Unsecured note | | | | |
| Barbara Altbaum 396 E Street Chula Vista, CA 91910 | | - | | | | | | |
| | | | | | | | | 1,991,792.00 |
| Account No. | | | | Unsecured Debt | | | | |
| Broadridge PO Box 23487 Newark, NJ 07189 | | - | | | | | | |
| | | | | | | | | 2,093.11 |
| Account No. | | | | Unsecured Debt | | | | |
| Business Wire, Inc. Department 34182 PO Box 39000 San Francisco, CA 94139 | | - | | | | | | |
| | | | | | | | | 735.00 |
| Account No. | | | | Compensation | | | | |
| Calvin Smiley 821 W. 126th Court Westminster, CO 80234 | | - | | | | | | |
| | | | | | | | | 15,768.73 |

Sheet no.  **1**  of  **9**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,020,170.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NexHorizon Communications, Inc.** Case No. __10-24682-EEB__
_____,
Debtor

# THIRD AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Unsecured note | | | | |
| Clarence & Ann Horton 5100 John D. Ryan Blvd. Apt. 1401 San Antonio, TX 78132 | | - | | | | | | 96,021.00 |
| Account No. | | | | Unsecured Debt | | | | |
| Confluent Technology Group 85 Confluent Dr. Sikeston, MO 63801 | | - | | | | | | 2,630.47 |
| Account No. | | | | Unsecured Debt | | | | |
| Copy Machine Service, Inc. 6575 N Federal Denver, CO 80221 | | - | | | | | | 584.25 |
| Account No. | | | | Audit fees, unsecured debt | | | | |
| Corbin & Company 555 Anton Blvd., Suite 1000 Costa Mesa, CA 92626 | | - | | | | | | 142,165.00 |
| Account No. | | | | Unsecured Debt | | | | |
| Cordovano and Honeck LLP 88 Inverness Circle E Englewood, CO 80112 | | - | | | | | | 28,175.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  269,575.72

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **NexHorizon Communications, Inc.**                                Case No.   **10-24682-EEB**
                                                            ,
                                    Debtor

# THIRD AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Compensation | | | | |
| Daniel Smith 9826 Jellison St. Westminster, CO 80021 | | - | | | | | | |
| | | | | | | | | 12,802.70 |
| Account No. | | | | Unsecured Debt | | | | |
| DATABANK 2626 Cole Avenue Suite 200 Dallas, TX 75204 | | - | | | | | | |
| | | | | | | | | 2,967.66 |
| Account No. | | | | Unsecured Debt | | | | |
| Davis & Ceriani, P.C. Market Center 1350 17th Street Suite 400 Denver, CO 80202 | | - | | | | | | |
| | | | | | | | | 12,262.59 |
| Account No. | | | | Unsecured Debt | | | | |
| Do It Yourself Pest Ctrl Inc 806 O'Neal Lane Baton Rouge, LA 70816 | | - | | | | | | |
| | | | | | | | | 44,937.00 |
| Account No. | | | | Unsecured note | | | | |
| Douglas J. Guion 5455 Landmark PL. #1214 Greenwood Village, CO 80111-1958 | | - | | | | | | |
| | | | | | | | | 58,818.00 |

Sheet no.  **3**  of  **9**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          131,787.95

B6F (Official Form 6F) (12/07) - Cont.

In re __NexHorizon Communications, Inc.__ _____,    Case No. ___10-24682-EEB_____
                              Debtor

# THIRD AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. | | | | Unsecured note, minus market value of equipment owned by Debtor that Creditor failed to return; est. value of equipment $1,200 | | | | |
| Ernie Villicana 17204 Vendor Place Poway, CA 92064 | | - | | | | | | |
| | | | | | | | | 14,800.00 |
| Account No. **xxx x71 37** | | | | **March, 2008** **2007 Ford Edge deficiency on return of lease vehicle** | | | | |
| Ford Motor Credit Company, LLC One American Road Dearborn, MI 48126 | | | | | | | | |
| | | | | | | | | Unknown |
| Account No. **xxx x77 42** | | | | **March, 2007** **2007 Ford Edge deficiency on return of lease vehicle** | | | | |
| Ford Motor Credit Company, LLC One American Road Dearborn, MI 48126 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. **xxx x91 05** | | | | **March, 2007** **2007 Ford 500 deficiency on return of lease vehicle** | | | | |
| Ford Motor Credit Company, LLC One American Road Dearborn, MI 48126 | | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | **Television Programming, unsecured debt** | | | | |
| GlobeNewswire Lockbox 40200 PO Box 8500 Philadelphia, PA 19178-0200 | | - | | | | | | |
| | | | | | | | | 4,495.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,295.00

B6F (Official Form 6F) (12/07) - Cont.

In re __NexHorizon Communications, Inc._____,   Case No. ___10-24682-EEB_____
                                    Debtor

## THIRD AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Debt | | | | |
| Granada Auto & Align P.O. Box 86 306 W. Goff St. Granada, CO 81041 | - | | | | | | 469.34 |
| Account No. | | | Unsecured Debt | | | | |
| Granada Stop to Shop P.O. Box 165 105 E. Goff St. Granada, CO 81041 | - | | | | | | 1,007.97 |
| Account No. | | | Unsecured note | | | | |
| Gregory J. Liptak 5676 Indian Paint Run Littleton, CO 80125 | - | | | | | | 80,564.00 |
| Account No. | | | Unsecured Debt | | | | |
| Independent Brokrge & Consltg 150 Du Rhu Dr. Suite 801 Mobile, AL 36608 | - | | | | | | 1,250.00 |
| Account No. | | | Unsecured note | | | | |
| Jeffrey Moreland 123 Foxtail Dr Pittsburgh, PA 15239 | - | | | | | | 40,957.00 |

Sheet no. __5___ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          124,248.31

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **NexHorizon Communications, Inc.**                                              Case No.   __10-24682-EEB__
_____
                                    Debtor                                      ,

## THIRD AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Unsecured note | | | | |
| Journey's End 6547 N. Academy Blvd. #612 Colorado Springs, CO 80918 | | - | | | | | | | 205,458.00 |
| Account No. | | | | | Unsecured Debt, mailing address for Creditor is last known address Debtor has on file. | | | | |
| Joy Tatton 20462 E. Villanova Pl. Aurora, CO 80013 | | - | | | | | | | 22,819.02 |
| Account No. | | | | | Unsecured Debt | | | | |
| Kaiser Permanente Colorado Regional HQ 2500 S Havana Street Aurora, CO 80014 | | - | | | | | | | 16,657.55 |
| Account No. | | | | | Professional services, unsecured debt | | | | |
| Law office-John Henry Schlie 2406 W, Davies Ave. Littleton, CO 80120 | | - | | | | | | | 2,137.00 |
| Account No. | | | | | Legal fees, unsecured debt | | | | |
| Michael A. Littman 7609 Ralston Road Arvada, CO 80002 | | - | | | | | | | 145,691.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          392,762.57

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **NexHorizon Communications, Inc.** _____,   Case No. ___**10-24682-EEB**_____
                                                 Debtor

# THIRD AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Unsecured Debt | | | | |
| NC II 1788 Barber Rd. Sarasota, FL 34240 | | | | | | | | 677.82 |
| Account No. | | - | | Unsecured Debt | | | | |
| Ochsner Properties, LLC 5440 Ward Road #110 Arvada, CO 80002 | | | | | | | | 1,206.19 |
| Account No. | | - | | Unsecured note | | | | |
| Patricia Brooks 710 Vinca Court Alpharetta, GA 30005 | | | | | | | | 15,279.00 |
| Account No. | | - | | Unsecured Debt | | | | |
| Qwest PO Box 29040 Phoenix, AZ 85038-9040 | | | | | | | | 846.49 |
| Account No. | | - | | Unsecured Debt, pre-petition copier fees | | | | |
| RE/MAX Alliance-Westminster 9737 Wadsworth Parkway Westminster, CO 80021 | | | | | | | | 313.80 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 18,323.30 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **NexHorizon Communications, Inc.**                                           , Case No.   **10-24682-EEB**
                                                                            Debtor

# THIRD AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Unsecured note | | | | |
| Ronald Feldman 9507 Chopplin Rd. San Antonio, TX 78132 | | - | | | | | | 82,808.00 |
| Account No. | | | | Professional services | | | | |
| Ronald VanDzura 6791 S. Newcombe Way Littleton, CO 80127 | | - | | | | | | 154,712.51 |
| Account No. | | | | Unsecured Debt | | | | |
| Scott Rankin 403 W. Laurel St. Lamar, CO 81052 | | - | | | | | | 1,660.78 |
| Account No. | | | | Any/all possible deficiency | | | | |
| Shelter Island Oppt'y Fund, LLC c/o Ram Capital Resources, LLC One East 52nd St., 6th Floor New York, NY 10022 | | - | | | | | | Unknown |
| Account No. | | | | Unsecured note | | | | |
| Terri Landrum 5199 Panola Mill Dr. Lithonia, GA 30038 | | - | | | | | | 15,986.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          255,167.29

B6F (Official Form 6F) (12/07) - Cont.

In re **NexHorizon Communications, Inc.** ,  Case No. **10-24682-EEB**

Debtor

# THIRD AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Unsecured Debt | | | | |
| **Tom Youngman** **7700 Rollins Drive** **Larkspur, CO 80118** | | | | | | | 5,639.47 |
| Account No. | | - | Unsecured Debt | | | | |
| **Top Notch Tree Service** **2318 Shadow Ct.** **Loveland, CO 80538** | | | | | | | 700.00 |
| Account No. | | - | Unsecured Debt | | | | |
| **Verizon Wireless** **PO Box 9622** **Mission Hills, CA 91346-9622** | | | | | | | 4,498.99 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 10,838.46 |
| Total (Report on Summary of Schedules) | | 3,248,780.60 |

B6G (Official Form 6G) (12/07)

In re __NexHorizon Communications, Inc._____,     Case No. ___10-24682-EEB_____
                                        Debtor

# THIRD AMENDED
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Verizon Wireless**<br>**Bankruptcy Administration**<br>**P.O.Box 3397**<br>**Bloomington, IL 61702** | **Multiyear cell phone agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### District of Colorado

In re   **NexHorizon Communications, Inc.**

Debtor(s)

Case No.   **10-24682-EEB**
Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 8, 2011**

Signature _____
**Calvin D. Smiley, Sr.**
**President & CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.